# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Davis, Laurel E. | United States Bankruptcy Court, District of Nevada | 05/06/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

United States Bankruptcy Court
District of Nevada
300 Las Vegas Boulevard South
Las Vegas, NV 89101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | The Platypus Trust DTD 01-22-16 (No reportable assets in 2015) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Laurel E. | 05/06/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Laurel E. | 05/06/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank #1 (Y) | | | | | | | | | |
| 2. Wells Fargo Bank #2 | A | Interest | J | T | | | | | |
| 3. LPL Financial Brokerage Account: (H) | | | | | | | | | |
| 4. -Insured Cash Account Morgan Stanley Bank N.A. | A | Interest | K | T | | | | | |
| 5. -Janus Global Life Sciences Cl T | C | Dividend | L | T | Sold (part) | 08/20/15 | K | D | |
| 6. | | | | | Buy (add'l) | 11/25/15 | K | | |
| 7. -Fidelity Advisor Biotechnology Cl A | | None | | | Sold | 08/19/15 | K | D | |
| 8. -Pimco Real Estate Real Return Strategy Cl P | | None | | | Sold | 03/09/15 | K | | |
| 9. -Pimco Income Cl P | B | Dividend | | | Buy (add'l) | 06/09/15 | K | | |
| 10. | | | | | Sold (part) | 08/25/15 | J | | |
| 11. | | | | | Sold (part) | 10/01/15 | J | | |
| 12. | | | | | Sold (part) | 10/06/15 | K | | |
| 13. | | | | | Sold | 10/06/15 | K | | |
| 14. -Proshares Ultra S&P 5002X ETF | A | Dividend | | | Sold (part) | 01/06/15 | K | | |
| 15. | | | | | Buy (add'l) | 01/21/15 | K | | |
| 16. | | | | | Sold | 05/22/15 | L | A | |
| 17. | | | | | Buy | 08/27/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Laurel E. | 05/06/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold | 09/04/15 | K | | |
| 19. -Ishares Nasdaq Biotechnology ETF | A | Dividend | | | Sold | 08/19/15 | L | D | |
| 20. -Oppenheimer Cap APRC C1 | | None | | | Sold | 05/22/15 | K | B | |
| 21. -Sector Healthcare Select Sector SPDR ETF | | None | | | Sold | 02/12/15 | K | B | |
| 22. -Invesco Technology Cl A | | None | | | Sold | 01/22/15 | K | A | |
| 23. -Undiscovered Managers JPMorgan Realty Income Cl A | | None | | | Sold | 05/22/15 | K | A | |
| 24. -Invesco Global Real Estate Income Cl A | A | Dividend | | | Buy | 01/22/15 | K | | |
| 25. | | | | | Sold | 05/22/15 | K | | |
| 26. -Invesco Floating Rate Cl A | A | Dividend | | | Buy | 06/16/15 | K | | |
| 27. | | | | | Sold | 08/25/15 | K | | |
| 28. -Invesco Intl Total Return Cl A | | None | | | Buy | 08/25/15 | K | | |
| 29. | | | | | Sold | 10/06/15 | K | | |
| 30. -Invesco Macro Intl Equity Cl A | | None | | | Buy | 05/22/15 | K | | |
| 31. | | | | | Sold | 06/16/15 | K | | |
| 32. -Barclays Bank PLC Ipath S&P 500 VIX Short | | None | | | Buy | 01/06/15 | K | | |
| 33. | | | | | Sold | 01/21/15 | K | | |
| 34. -Factorshares Purefunds ISE Cyver ETF | | None | | | Buy | 05/22/15 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Laurel E. | 05/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 06/16/15 | J | | |
| 36. | | | | | Sold (part) | 08/24/15 | K | | |
| 37. | | | | | Sold | 09/29/15 | K | | |
| 38. -Fidelity Advisors International Bond | | None | | | Buy | 08/20/15 | K | | |
| 39. | | | | | Sold | 10/06/15 | K | A | |
| 40. -Ishares US Parmaceuticals | A | Dividend | | | Buy | 02/12/15 | K | | |
| 41. | | | | | Sold | 06/16/15 | L | C | |
| 42. -Janus Global Unconstrained Bond CL T | A | Dividend | | | Buy | 08/20/15 | K | | |
| 43. | | | | | Sold (part) | 10/06/15 | J | | |
| 44. | | | | | Sold (part) | 11/20/15 | J | | |
| 45. | | | | | Sold | 11/25/15 | K | | |
| 46. -JP Morgan Global Natural Resources Cl A | | None | | | Buy | 05/22/15 | K | | |
| 47. | | | | | Sold | 06/16/15 | K | | |
| 48. -Catalyst Hedged Futures Strategu Cl I | | None | | | Buy | 08/28/15 | K | | |
| 49. | | | | | Buy (add'l) | 09/04/15 | K | | |
| 50. | | | | | Sold (part) | 11/20/15 | K | A | |
| 51. | | | | | Sold | 11/25/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Laurel E. | 05/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Pimco Intl Stockplus Ar Strategy Hedged Cl P | A | Dividend | | | Buy | 03/09/15 | K | | |
| 53. | | | | | Sold | 05/15/15 | K | A | |
| 54. -Pimco Intl Dividend Cl P | A | Dividend | | | Buy | 05/15/15 | K | | |
| 55. | | | | | Sold | 06/09/15 | K | | |
| 56. -SPDR Doubleline Total Return Tactical ETF | | None | | | Buy | 08/24/15 | K | | |
| 57. | | | | | Sold | 08/27/15 | K | | |
| 58. -Ishares Gold Trust | | None | | | Buy | 08/19/15 | L | | |
| 59. | | | | | Sold | 11/18/15 | K | | |
| 60. -Proshares Managed Futures Strategy ETF | | None | | | Buy | 09/29/15 | K | | |
| 61. | | | | | Sold | 11/02/15 | K | | |
| 62. -ALPS Medical Breakthroughs ETF | | None | K | T | Buy | 11/02/15 | K | | |
| 63. | | | | | Buy (add'l) | 11/25/15 | K | | |
| 64. | | | | | Buy (add'l) | 11/25/15 | J | | |
| 65. -Catalyst Macro Strategy Cl I | A | Dividend | L | T | Buy | 06/16/15 | L | | |
| 66. | | | | | Sold (part) | 08/28/15 | K | B | |
| 67. | | | | | Buy (add'l) | 10/06/15 | J | | |
| 68. | | | | | Buy (add'l) | 11/25/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Laurel E. | 05/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Fidelity Advisor Municipal Income Cl A | A | Dividend | L | T | Buy | 10/07/15 | K | | |
| 70. -First Trust Dow Jones Internet Index | | None | K | T | Buy | 11/18/15 | K | | |
| 71. -Invesco High Yield Mun Cl A | A | Dividend | K | T | Buy | 10/07/15 | K | | |
| 72. -Oppenheimer Intl Small-Mid Company CL A | A | Dividend | K | T | Buy | 05/22/15 | K | | |
| 73. -Pimco High Yield Municipal Bond Cl P | A | Dividend | K | T | Buy | 10/06/15 | K | | |
| 74. LPL Financial Retirement Account (H) | | | | | | | | | |
| 75. -Cash (Y) | | | | | | | | | |
| 76. -JP Morgan Prime Money Market Funds | A | Dividend | J | T | | | | | |
| 77. -Pimco Real Estate Real Return Strategy Cl P | | None | | | Sold | 03/09/15 | L | | |
| 78. -Ishares PHLX Semiconductor ETF | A | Dividend | | | Sold | 08/06/15 | M | | |
| 79. -Janus Global Life Sciences Cl T | D | Dividend | M | T | Sold (part) | 08/21/15 | M | E | |
| 80. | | | | | Buy (add'l) | 11/23/15 | L | | |
| 81. -MFS Diversified Income Cl A | D | Dividend | | | Sold | 09/30/15 | M | | |
| 82. -Ishares Nasdaq Biotechnology ETF | A | Dividend | | | Sold (part) | 03/26/15 | L | E | |
| 83. | | | | | Sold | 08/14/15 | L | D | |
| 84. -John Hancock Technical Opportunities CL A | | None | | | Sold | 05/26/15 | L | | |
| 85. -Oppenheimer Cap APRC Cl A | | None | | | Sold (part) | 01/22/15 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Laurel E. | 05/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 05/22/15 | K | C | |
| 87. -Proshares Ultra S&P 500 2X ETF | A | Dividend | | | Sold | 01/06/15 | M | | |
| 88. | | | | | Buy | 01/21/15 | M | | |
| 89. | | | | | Sold (part) | 05/22/15 | M | D | |
| 90. | | | | | Sold (part) | 05/22/15 | K | C | |
| 91. | | | | | Sold | 05/22/15 | J | A | |
| 92. | | | | | Buy | 08/27/15 | L | | |
| 93. | | | | | Sold | 09/04/15 | L | | |
| 94. -Sector Healthcare Select Sector SPDR ETF | | None | | | Sold | 02/12/15 | M | A | |
| 95. -Barclays Bank PLC Ipath S&P 500 2X EYF | | None | | | Buy | 01/06/15 | M | | |
| 96. | | | | | Sold | 01/21/15 | M | | |
| 97. -Oppenheimer Real Estate Cl A | | None | | | Buy | 01/22/15 | K | | |
| 98. | | | | | Sold | 03/03/15 | K | | |
| 99. -Ishares US Pharmaceuticals | B | Dividend | | | Buy | 02/12/15 | M | | |
| 100. | | | | | Sold | 09/28/15 | M | | |
| 101. -Oppenheimer Discovery Mid Cap Growth Cl A | | None | | | Buy | 03/03/15 | K | | |
| 102. | | | | | Sold | 05/13/15 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Laurel E. | 05/06/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.   -Pimco Intl Stockplus Ar Strategy Hedged Cl P | B | Dividend | | | Buy | 03/09/15 | L | | |
| 104. | | | | | Sold | 05/15/15 | L | A | |
| 105.   -Powershares Preferred ETF | B | Dividend | | | Buy | 03/26/15 | L | | |
| 106. | | | | | Sold | 06/16/15 | L | | |
| 107.   -Oppenheimer Intl Small Company Cl A | A | Dividend | L | T | Buy | 05/14/15 | K | | |
| 108. | | | | | Buy (add'l) | 05/22/15 | K | | |
| 109.   -Pimco Intl Dividend Cl P | A | Dividend | | | Buy | 05/15/15 | L | | |
| 110. | | | | | Sold | 06/09/15 | L | | |
| 111.   -Factorshares Purefunds ISE Cyber ETF | | None | | | Buy | 05/22/15 | M | | |
| 112. | | | | | Buy (add'l) | 05/22/15 | J | | |
| 113. | | | | | Sold (part) | 08/24/15 | L | | |
| 114. | | | | | Sold | 09/29/15 | L | | |
| 115.   -John Hancock Intl Growth Cl A | A | Dividend | L | T | Buy | 05/26/15 | L | | |
| 116. | | | | | Sold | 09/30/15 | L | | |
| 117. | | | | | Buy | 11/02/15 | L | | |
| 118.   -Pimco Income Cl P | C | Dividend | L | T | Buy | 06/09/15 | L | | |
| 119. | | | | | Sold (part) | 10/06/15 | J | | |

1. Income Gain Codes:     A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes     J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
   (See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000     P4 =More than $50,000,000
3. Value Method Codes     Q =Appraisal     R =Cost (Real Estate Only)     S =Assessment     T =Cash Market
   (See Column C2)     U =Book Value     V =Other     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Laurel E. | 05/06/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Catalyst Insider Income Cl I | A | Dividend | | | Buy | 06/22/15 | L | | |
| 121. | | | | | Sold | 09/30/15 | L | | |
| 122. -Catalyst Macro Strategy Cl I | B | Dividend | M | T | Buy | 08/06/15 | M | | |
| 123. | | | | | Buy (add'l) | 08/14/15 | L | | |
| 124. | | | | | Sold (part) | 08/28/15 | M | | |
| 125. | | | | | Sold (part) | 09/30/15 | K | | |
| 126. | | | | | Buy (add'l) | 10/28/15 | L | | |
| 127. | | | | | Buy (add'l) | 11/02/15 | J | | |
| 128. -Janus Global Unconstrained Bond Cl T | A | Dividend | | | Buy | 08/20/15 | M | | |
| 129. | | | | | Sold (part) | 09/30/15 | K | | |
| 130. | | | | | Sold (part) | 10/06/15 | K | | |
| 131. | | | | | Sold | 11/23/15 | L | | |
| 132. -SPDR Doubleline Total Return Tactical ETF | | None | | | Buy | 08/24/15 | L | | |
| 133. | | | | | Sold | 08/27/15 | L | | |
| 134. -Catalyst Hedged Futures Strategy CL I | | None | | | Buy | 08/28/15 | M | | |
| 135. | | | | | Buy (add'l) | 09/04/15 | L | | |
| 136. | | | | | Sold (part) | 10/27/15 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Laurel E. | 05/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 11/02/15 | L | | |
| 138. | | | | | Sold (part) | 11/02/15 | J | | |
| 139. | | | | | Sold | 11/23/15 | J | | |
| 140.  -Proshares Managed Futures Strategy ETF | | None | | | Buy | 09/28/15 | M | | |
| 141. | | | | | Buy (add'l) | 09/29/15 | L | | |
| 142. | | | | | Sold (part) | 09/30/15 | K | A | |
| 143. | | | | | Sold (part) | 09/30/15 | J | A | |
| 144. | | | | | Sold (part) | 11/02/15 | M | | |
| 145. | | | | | Sold | 11/02/15 | K | | |
| 146.  -Vanguard Intermediate Term Corp Bond ETF | A | Dividend | | | Buy | 09/30/15 | M | | |
| 147. | | | | | Sold | 11/05/15 | M | | |
| 148.  -John Hancock Absolute Return Currency Cl A | | None | | | Buy | 09/30/15 | L | | |
| 149. | | | | | Sold | 10/15/15 | L | | |
| 150.  -MFS Govt Securities Cl A | A | Dividend | | | Buy | 09/30/15 | M | | |
| 151. | | | | | Sold | 11/03/15 | M | | |
| 152.  -Ishares Silver Trust | | None | | | Buy | 10/06/15 | M | | |
| 153. | | | | | Sold | 11/11/15 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Laurel E. | 05/06/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  -John Hancock Investment Grade Bond Cl A | A | Dividend | | | Buy | 10/15/15 | L | | |
| 155. | | | | | Sold | 11/03/15 | L | | |
| 156.  -ALPS Medical Breakthroughs ETF | | None | M | T | Buy | 11/02/15 | K | | |
| 157. | | | | | Buy (add'l) | 11/02/15 | K | | |
| 158. | | | | | Buy (add'l) | 11/02/15 | K | | |
| 159. | | | | | Buy (add'l) | 11/02/15 | K | | |
| 160. | | | | | Buy (add'l) | 11/02/15 | J | | |
| 161. | | | | | Buy (add'l) | 11/02/15 | J | | |
| 162. | | | | | Buy (add'l) | 11/02/15 | J | | |
| 163.  -MFS Technology Cl A | D | Dividend | M | T | Buy | 11/02/15 | M | | |
| 164.  -Powershares QQQ ETF | A | Dividend | M | T | Buy | 11/05/15 | M | | |
| 165.  -Wisdomtree Japan Hedged Health Care Fund ETF | A | Dividend | L | T | Buy | 11/11/15 | L | | |
| 166.  -SPDR Series Trust S&P Pharmaceuticals | D | Dividend | M | T | Buy | 11/23/15 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Laurel E. | 05/06/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I - Although I am a trustee of the Platypus Trust, there are no reportable assets in the name of the trust for 2015 since the trust was not created until January 22, 2016.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Laurel E. Davis**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544